# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| GEORGE L. GUSHINIERE, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0756-CG-B |
| | ) |
| MIDWEST HOSPITALITY, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 20, 2013 is **ADOPTED** as the opinion of this Court

**DONE and ORDERED** this 13th day of December, 2013.


/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE