IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE L. GUSHINIERE, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0756-CG-B |
| | ) |
| MIDWEST HOSPITALITY, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is due to be, and hereby is, **DISMISSED with prejudice** as no lesser sanctions will suffice.

**DONE and ORDERED** this 13th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE